KATHLEEN A. LEAVITT
Chapter 13 Bankruptcy Trustee
District Of Nevada
201 Las Vegas Blvd South, Suite 200
LAS VEGAS, NEVADA 89101
(702) 853-0713

*RECEIVED & FILED*
*JUL 19  11 08 AM '11*
*U.S. BA...*
*MARY A. SCHOTT, CLERK*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RE:   Steve R. Correnti and
      Shannon I. Correnti
      6104 Winter Meadow Street
      Las Vegas, NV 89130

BK-S-09-15205-LBR
Chapter 13

**NOTICE OF UNCLAIMED FUNDS**

TO:   Clerk, United States Bankruptcy Court

From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| Claim #39 | Taylor, Bean & Whitake<br>Attn: Banruptcy<br>1417 N. Magnolia Avenue<br>Ocala, Florida 34475 | | $6800.00 |
| | Totals | | $6800.00 |

*Kathleen A. Leavitt, Trustee*   Date: JUL 19 2011

Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

NOTE:  Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check.

CC:  Steve R. & Shannon I Correnti
     Deluca & Associates

*rcpt #202973      $ 6800.00*